IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDDIE IRBY                                                                PLAINTIFF

v.                                  No. 5:15-cv-385-DPM

EXPRESS PERSONNEL SERVICES                                   DEFENDANT

ORDER

Irby's research hasn't turned up the registered agent for Express Personnel Services. № 5. She has, however, identified Becky Simpson as the business's owner, and 2608 Olive Street in Pine Bluff as its address. The owner might be a sufficient agent.

The Court directs the Clerk to prepare a summons for Express Personnel Services. The Court directs the U.S. Marshal to serve the summons, complaint, the Court's screening order, № 4, Irby's service update, № 5, and this Order on Becky Simpson as owner of Express Personnel Services at 2608 Olive Street, Pine Bluff, Arkansas 71601, without prepayment of fees and costs or security. If Ms. Simpson is not the owner or the registered agent, she may note this in her responding papers. In that event, she should also let the Court know who can accept service of the suit papers, if she has this information.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*26 January 2015*