IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FREDDIE IRBY**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　No. 5:15-cv-385-DPM

**EXPRESS PERSONNEL SERVICES**　　　　　　　　　　　　**DEFENDANT**

ORDER

The parties have advised the Court that they have settled. № 25. Congratulations. The Final Scheduling Order, № 22, is suspended. The May 8th trial is cancelled. The Court will dismiss the case with prejudice after 28 November 2016 unless a party seeks some relief before then.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 November 2016