IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDDIE IRBY                                                                                          PLAINTIFF

v.                                      No. 5:15-cv-385-DPM

EXPRESS PERSONNEL SERVICES                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2016